## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN GREEN, | : | Civil No. 3:16-cv-2367 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CAPTAIN KLINEFETTER, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this __7th__ day of August, 2017, upon consideration of Defendants'

motion (Doc. 13) to dismiss, and in accordance with the Court's Memorandum of the same

date, **IT IS HEREBY ORDERED THAT**:

1.  Defendants' motion (Doc. 13) is **GRANTED** as follows:

    a.  The claims against Defendants Dupont, Ferguson, Salamon, Graham,
        Rossman, and Ellenberger are **DISMISSED** in their entirety. The
        Clerk of Court is directed to **TERMINATE** these Defendants.

    b.  The claim against Defendants Nixon and Kissell for the issuance of an
        allegedly fabricated misconduct report is **DISMISSED**.

2.  Defendants Nixon, Kissell, and Klinefelter shall file an answer to the
    remaining claims in the complaint, or appropriate pretrial motion, on or before
    August 16, 2017.

Robert D. Mariani
United States District Judge