# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN GREEN, | Civil No. 3:16-cv-2367 |
| Plaintiff | (Judge Mariani) |
| v. | |
| CAPTAIN KLINEFETTER, et al., | |
| Defendants | |

## ORDER

**AND NOW**, this 21st day of May, 2019, upon consideration of Plaintiff's motion (Doc. 41) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 41) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge