## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN GREEN, | Civil No. 3:16-cv-2367 |
| Plaintiff | (Judge Mariani) |
| v. | |
| CAPTAIN KLINEFETTER, *et al.*, | |
| Defendants | |

### ORDER

**AND NOW**, this _____ day of February, 2020, upon consideration of Defendants' motion (Doc. 47) for summary judgment, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. 47) is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Kissell, Klinefelter, and Nixon, and against Plaintiff.

3. The Clerk of Court is further directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge